**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:19-cr-27 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| | ) | |
| QUINTEZ GEARING | ) | Magistrate Judge Susan K. Lee |
| | ) | |

---

### ORDER

---

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count Two and Count Four of the four-count Indictment; (2) accept Defendant's guilty plea as to Count Two and Count Four; (3) adjudicate the Defendant guilty of Count Two and Count Four; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter after his bond was revoked (Doc. 43). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (*id.*) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count Two and Count Four of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two and Count Four is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Two and Count Four;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **October 23, 2020 at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**